IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OTRANDO, PORCARO & ASSOCIATES Ltd,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN HAYES and MARK HAYES,<br><br>Defendants. | C.A. No. CA 08 246T |

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Kathleen Hayes and Mark Hayes (collectively the "Defendants") hereby remove to this Court the above-entitled action based on the following supporting grounds:

1. On or about April 9, 2008, Plaintiff Otrando, Porcaro & Associates Ltd. ("Plaintiff") commenced a civil action against Defendants in Rhode Island Superior Court, Kent County, entitled Otrando, Porcaro & Assocs. Ltd. v. Kathleen Hayes and Mark Hayes, Civil Action No. KC08-0472, seeking damages in the amount of $76,084.00 for the Defendants' alleged breach of contract.

2. Pursuant to 28 U.S.C. §1446(a), true and correct copies of all process, pleadings, and orders served on Defendants are attached as Exhibit A.

3. This Court has original diversity jurisdiction over this action under 28 U.S.C. § 1332, in that:

(a) the amount in controversy as shown on the face of the Complaint exceeds the sum or value of $75,000, exclusive of interest and costs; and

(b) Plaintiff and Defendants are citizens of different states. Plaintiff is a corporation organized and existing under the laws of the State of Rhode Island and has a principal place of business at 1230 Greenwich Ave., Warwick, RI. Defendants are residents of the Commonwealth of Massachusetts.

4. In particular, the Complaint alleges that Plaintiff is entitled to $76,084.00 for unpaid invoices issued in connection with accounting services provided by the Plaintiff to the Defendants.

5. The Defendants were served on June 6, 2008. Having been filed within 30 days of the date of service, the Defendants' Notice of Removal is timely under 28 U.S.C. § 1446(b). Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 354-55 (1999).

6. Pursuant to 28 U.S.C. §1446(d) and Local Rule 81(a), written notice of the filing of this Notice of Removal, together with a copy of the Notice of Removal, will be filed with the Clerk of the Kent County Superior Court, State of Rhode Island. In addition, all adverse parties will receive a copy of the notice filed with that court.

7. Pursuant to Local Rule 81(b), Defendants will request from the clerk of the Kent County Superior Court certified or attested copies of the docket sheets and all documents filed in this case in the state court and will file the same with this Court within ten (10) days after the filing of this Notice of Removal.

WHEREFORE, Defendants Kathleen Hayes and Mark Hayes hereby remove the above-captioned action pending in the Kent County Superior Court to this Court.

KATHLEEN HAYES AND MARK HAYES,

By their attorney,

Zachary W. Berk - R.I. Bar No. 7453
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Telephone: (617) 946-4800
Telecopier: (617) 946-4801

Dated: June 25, 2008