STATE OF RHODE ISLAND
KENT COUNTY

SUPERIOR COURT

OTRANDO, PORCARO & ASSOCIATES Ltd

CA 08 246
KC 2008-0472

Vs

KATHLEEN HAYES
MARK HAYES

COMPLAINT

Now comes the Plaintiff, ORTRANDO, PORCARO & ASSOCIATES and through their attorney states as follows:

1. Plaintiff is a corporation licensed to do business in the State of Rhode Island.

2. Defendants, Kathleen and Mark Hayes are residents of the Commonwealth of Massachusetts.

4. Defendants contracted with Plaintiff to perform various accounting services.

5. Plaintiff provided said accounting services to Defendants and invoiced them for same in a timely manner.

6. Defendants have failed to make payment in full for said services.

Wherefore, Plaintiff demands judgment in it's favor in the amount of $76,084.00, plus filing, service and attorneys fees.

OTRANDO, PORCARO & ASSOCIATES Ltd
by their attorney,

Diana E Pearson #3061
PO Box 178 1050 Main Street
East Greenwich, RI 02818
401-886-1114
401-886-1118 fax

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[ ] PROVIDENCE/BRISTOL [x] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. KC08-0472

Ortrando, Porcado & Associates
Plaintiff

Kathleen Hayes & Mark Hayes
Defendant

***Summons***

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Kathleen & Mark Hayes Plaintiff's attorney, whose address is Po Box 178 East Grenwich, RI 02818 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

# State of Rhode Island and Providence Plantations
## SUPERIOR COURT

[ ] PROVIDENCE/BRISTOL [x] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. KC08-0472

Ortrando, Porcado & Associates
**Plaintiff**

Kathleen Hayes & Mark Hayes
**Defendant**

## *Summons*

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Kathleen & Mark Hayes Plaintiff's attorney, whose address is Po Box 178 East Grenwich, RI 02818 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]
CLERK

Dated: 4/9/08

(Seal of the Superior Court)

COPY

S- 135 (REV. 10/00)