IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

OTRANDO, PORCARO & ASSOCIATES Ltd,

Plaintiff,

v.

KATHLEEN HAYES and MARK HAYES,

Defendants.

CA 08 246T

**CERTIFICATE OF FILING NOTICE OF**
**REMOVAL WITH CLERK OF KENT COUNTY SUPERIOR COURT**

I, Zachary W. Berk, counsel for Defendants, Kathleen Hayes and Mark Hayes, in the above-captioned action, hereby certify that I caused a copy of the Notice of Removal of the above-captioned action to be filed on June 25, 2008 with the Clerk of the Kent County Superior Court, in accordance with the provisions of 28 U.S.C. §1446(d).

I further certify that I gave written notice of the filing of said Notice to all adverse parties by causing to be sent, by first class mail, a copy of the Notice of Filing of Notice of Removal and the Notice of Removal on June 25, 2008 to Diana E. Pearson, Esq., P.O. Box 178, 1050 Main Street, East Greenwich, Rhode Island 02818.

Signed under the penalties of perjury this 25th day of June, 2008.

Zachary W. Berk - R.I. Bar No. 7453
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Telephone: (617) 946-4800