IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

OTRANDO, PORCARO & ASSOCIATES Ltd,

Plaintiff,

v.

KATHLEEN HAYES and MARK HAYES,

Defendants.

CA 08 246T

**DEFENDANTS ANSWER TO PLAINTIFF'S COMPLAINT**

NOW COMES Defendants Kathleen Hayes and Mark Hayes ("Defendants") by and through their undersigned attorneys, answer the Complaint ("Complaint") filed by Otrando, Porcaro & Associates, Ltd ("Plaintiff"):

1. Defendants are without information or knowledge sufficient to form a belief at to the truth of the allegations set forth in paragraph 1 of the Complaint.

2. Defendants admit the allegations set forth in paragraph 2 of the Complaint.

3. The Complaint does not contain a paragraph 3.

4. Defendants deny the allegations set forth in paragraph 4 of the Complaint.

5. Defendants deny the allegations set forth in paragraph 5 of the Complaint.

6. Defendants deny the allegations set forth in paragraph 6 of the Complaint.

**AFFIRMATIVE DEFENSES**

As and for its affirmative defenses, the Defendants assert the following:

FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations.

THIRD AFFIRMATIVE DEFENSE

Plaintiff, by its words and conduct, is estopped from recovering against Defendants.

FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

FIFTH AFFIRMATIVE DEFENSE

If Plaintiff has suffered damages, which Defendants deny, it is not entitled to recover due to its failure to mitigate damages.

SIXTH AFFIRMATIVE DEFENSE

If any contract existed as alleged by Plaintiff in its claims, which Defendants deny, Plaintiff is not entitled to recover due to its waiver, abandonment, repudiation, rescission, and/or breach of contract.

SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims fail for lack of privity.

EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the Statute of Frauds.

NINTH AFFIRMATIVE DEFENSE

Defendants reserve the right to assert any additional affirmative defenses that may be revealed during discovery.

WHEREFORE, Defendants, Mark Hayes and Kathleen Hayes, request judgment in their favor and against Plaintiff, Otrando, Porcaro & Associates, Ltd, with respect to all claims asserted against them, and such other relief the Court deems just and proper.

KATHLEEN HAYES AND MARK HAYES,

By their attorney,

Zachary W. Berk R.I. Bar No. 7453
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone: (617) 946-4800

**Certificate of Service**

I, Zachary W. Berk, counsel for defendants Kathleen and Mark Hayes, hereby certify that I served a true copy of this Answer upon counsel of record via first class mail, on the date set forth below.

6/25/08
Date

Zachary W. Berk



BO1 15929487.1