IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OTRANDO, PORCARO & ASSOCIATES Ltd,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN HAYES and MARK HAYES,<br><br>Defendants. | C.A. No. 08-246-T |

**DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED ANSWER, COUNTERCLAIM AND DEMAND FOR JURY TRIAL**

Pursuant to Rule 13(f) of the Federal Rules of Civil Procedure, Defendants Kathleen Hayes and Mark Hayes ("Defendants" or "Hayes") hereby move for leave to file an Amended Answer, Counterclaim and Demand for Jury Trial, a copy of which is attached hereto as Exhibit A. In support of this motion, the Hayes state as follows:

1. The Hayes were served with the Plaintiff's Complaint on June 6, 2008.

2. The Complaint alleges that the Hayes are liable to the Plaintiff for failing to pay Plaintiff for various accounting services that it provided.

3. Upon receipt of the Complaint, the Hayes contemplated filing the attached permissive counterclaim. The counterclaim concerns a claim of accounting malpractice that is unrelated to the transactions and/or occurrences that are the subject of Plaintiff's Complaint.

4. On or about June 17, 2008, the Hayes contacted their accountant, Robert M. Pielech ("Mr. Pielech"), to obtain information and documentation regarding the facts forming the basis of the allegations in the counterclaim.

5. Although the Hayes had not yet received a response from Mr. Pielech, in order to meet the applicable filing deadlines, on June 25, 2008, the Hayes removed this action from Kent County Superior Court and, simultaneously, filed Defendants' Answer to Plaintiff's Complaint.

6. Subsequently, by letter dated June 25, 2008, Mr. Pielech provided the Hayes with the information and documentation relevant to their counterclaim.

7. The information was then forwarded to and received by the Hayes' counsel on July 9, 2008.

8. Plaintiff would not be prejudiced by the allowance of this motion given that it has been less than two weeks since the Hayes timely filed their Answer to the Complaint. Plaintiff has not filed any motions or served any discovery within that time. In addition, there are no hearings currently scheduled in this matter and, therefore, the filing of the Amended Answer, Counterclaim and Demand for Jury Trial, will not inconvenience the Court. Furthermore, the Hayes have been diligent in gathering the information and documentation that forms the basis of their permissive counterclaim and in seeking to amend their Answer to include the same.

WHEREFORE, Defendants respectfully requests that the Court allow their Motion for Leave to File an Amended Answer, Counterclaim and Demand for Jury Trial, and permit the Plaintiff to file the Amended Answer, Counterclaim and Demand for Jury Trial attached hereto as Exhibit A.

KATHLEEN HAYES AND MARK HAYES,

By their attorney,

__/s/ Zachary W. Berk____________________
Zachary W. Berk, R.I. Bar No. 7453
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone: (617) 946-4800
zberk@seyfarth.com

July 15, 2008

**Certificate of Service**

I, Zachary W. Berk, counsel for defendants Kathleen and Mark Hayes, hereby certify that I served a true copy of this Motion upon counsel of record via ECF, on the date set forth below.

_July 15, 2008___________ __/s/ Zachary W. Berk________________
Date Zachary W. Berk