UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OTRANDO, PORCARO & ASSOCIATES, LTD., Plaintiff | ) | C.A. NO. 08-246-T |
| v. | ) | |
| KATHLEEN HAYES AND MARK HAYES, Defendants | ) | |

**ANSWER TO COUNTERCLAIM**

The plaintiff and defendant-in-counterclaim, Otrando, Porcaro & Associates, Ltd. ("OPA") hereby answers the Counterclaim, paragraph by paragraph, as follows:

1. OPA denies the first sentence in paragraph 1 to the extent it states that recovery of damages is warranted as a result of OPA's negligence and breach of contract. The remaining allegations are denied.

2. Admitted.

3. Admitted.

4. Admitted.

5. OPA is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5.

6. The first sentence of paragraph 6 is admitted, otherwise denied.

7. The taxes owed to the IRS in any particular year set forth in the Hayes's tax returns, which are documents that speak for themselves. Therefore, OPA denies the allegations that are inconsistent with those documents.

8. Denied as to "numerous errors made by Main."

9. Denied.

10. The Hayes's 2003 personal tax return is a document that speaks for itself and therefore OPA denies the allegations in the second sentence of paragraph 10 regarding that tax return that go beyond or are inconsistent with that document; otherwise denied.

11. The Hayes's 2004 personal tax return is a document that speaks for itself and therefore OPA denies the allegations in paragraph 11 regarding that tax return that are inconsistent with or go beyond the scope of the document. OPA denies that it "forgot", denied that it created a fictious lease and also denies that it "failed" to report income the plaintiffs gave them evidence of for their personal returns.

12. OPA admits that there was an audit; otherwise denied.

13. OPA is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13.

14. The allegations regarding fictional lease are denied; OPA is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 14.

15. The allegations regarding OPA's failure are denied; OPA is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 15.

16. The allegations regarding OPA's accounting errors and negligence are denied; OPA is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 16.

17. Denied.

18. OPA incorporates by reference its responses to paragraphs 1 through 17 above.

19. Admitted.

20. Denied.

21. Denied.

22. Denied.

23. OPA incorporates by reference its responses to paragraphs 1 through 22 above.

24. Denied.

25. Denied.

**FIRST AFFIRMATIVE DEFENSE**

The Counterclaim fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

The claims are barred on the basis of waiver, estoppel and/or ratification.

**THIRD AFFIRMATIVE DEFENSE**

If the Hayes were injured or damaged, any such injury or damage was the result of acts and/or omissions of persons or entities over whom OPA had no control and for whose conduct OPA is not legally responsible.

**FOURTH AFFIRMATIVE DEFENSE**

The claims are barred, or must be reduced, by the Hayes' contributory negligence.

**FIFTH AFFIRMATIVE DEFENSE**

The claims are barred by the applicable statute of limitations.

**SIXTH AFFIRMATIVE DEFENSE**

The claims are barred by intervening and/or superceding causes.

**SEVENTH AFFIRMATIVE DEFENSE**

The claims are precluded by the doctrine of assumption of the risk.

WHEREFORE, OPA requests that the Counterclaim be dismissed with prejudice and without costs and that OPA recover its attorney's fees and costs in defending against this Counterclaim.

**JURY DEMAND**

OPA demands a trial by jury on all issues so triable.

OTRANDO, PORCARO & ASSOCIATES, LTD.,
By its attorney,

/s/ Warren D. Hutchison
Warren D. Hutchison, BBO#246150
LeClairRyan, A Professional Corporation
One International Place, Eleventh Floor
Boston, MA 02210
(617) 502-8210

Dated: August 25, 2008

**CERTIFICATE OF SERVICE**

I, Warren D. Hutchison, hereby certify that I have this day served a copy of the foregoing by mailing a copy, first class mail, postage prepaid, to:

Zachary W. Berk, Esq.
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02110-2028
zburke@seyfarth.com

Diana E. Pearson, Esq.
Law Office of Diana E. Pearson
P.O. Box 178
1050 Main Street
East Greenwich, RI 02818
Diana@dpearsonlaw.com

/s/ Warren D. Hutchison
Warren D. Hutchison

Dated: August 25, 2008
4521295v1